**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| ALDRICH PUMP LLC, *et al.*,[1] | : | Case No. 20-30608 (JCW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
| ALDRICH PUMP LLC and MURRAY BOILER LLC, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adv. Pro. No. 20-03041 (JCW) |
| | : | |
| THOSE PARTIES TO ACTIONS LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF FILING OF DECLARATION OF BRAD B. ERENS**
**IN SUPPORT OF DEBTORS' REPLY IN SUPPORT OF MOTION**
**OF THE DEBTORS FOR AN ORDER (I) PRELIMINARILY ENJOINING**
**CERTAIN ACTIONS AGAINST NON-DEBTORS OR (II) DECLARING THAT THE**
**AUTOMATIC STAY APPLIES TO SUCH ACTIONS, AND (III) GRANTING A**
**TEMPORARY RESTRAINING ORDER PENDING A FINAL HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

1.      On April 23, 2021, the Debtors filed their Reply in Support of Motion of the Debtors for an Order (I) Preliminarily Enjoining Certain Actions Against Non-Debtors or (II) Declaring that the Automatic Stay Applies to Such Actions, and (III) Granting a Temporary Restraining Order Pending a Final Hearing (the "PI Reply").

---

[1]      The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Aldrich Pump LLC (2290) and Murray Boiler

{00350963 v 1 }

2.    The PI Reply includes references to the attached Declaration of Brad B. Erens, filed in Support of the PI Reply (the "Erens Declaration"). The Erens Declaration attaches documents, including, without limitation, certain court filings outside the docket of these cases, expert reports, discovery responses, deposition testimony and corporate documents cited in the PI Reply.

3.    Copies of the PI Reply and Erens Declaration may be obtained (a) at the Court's website, *www.ncwb.uscourts.gov* under Debtor Aldrich Pump LLC's name and case number, (b) from the Debtors' claims and noticing agent at www.kccllc.net/aldrich, <u>or</u> (c) by written request directed to the undersigned counsel to the Debtors.

---

LLC (0679).  The Debtors'  address is 800-E Beaty Street, Davidson, North Carolina 28036.

Dated:  April 23, 2021
      Charlotte, North Carolina

Respectfully submitted,

*/s/ John R. Miller, Jr.*
C. Richard Rayburn, Jr. (NC 6357)
John R. Miller, Jr. (NC 28689)
RAYBURN COOPER & DURHAM, P.A.
227 West Trade Street, Suite 1200
Charlotte, North Carolina  28202
Telephone:  (704) 334-0891
Facsimile:   (704) 377-1897
E-mail:  rrayburn@rcdlaw.net
      jmiller@rcdlaw.net

-and-

Brad B. Erens (IL Bar No. 6206864)
David S. Torborg (DC Bar No. 475598)
Morgan R. Hirst (IL Bar No. 6275128)
Caitlin K. Cahow (IL Bar No. 6317676)
JONES DAY
77 West Wacker
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585
E-mail:  bberens@jonesday.com
  dstorborg@jonesday.com
  mhirst@jonesday.com
  ccahow@jonesday.com
(Admitted *pro hac vice*)

-and-

Gregory M. Gordon (TX Bar No. 08435300)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
E-mail: gmgordon@jonesday.com
(Admitted *pro hac vice*)

{00350963 v 1 }
3